DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO. 1:06CR00324 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| Pablo Antonio Carranza ) | |
| ) | |
| Defendant(s). ) | |

      A final revocation hearing was conducted on September 29, 2010, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Pablo Antonio Carranza and his counsel, David W. Leopold appeared. A report and recommendation was filed on September 10, 2010. (See docket #29). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report submitted on February 17, 2009.

      IT IS ORDERED that the defendant serve a period of 8 months in the custody of the Bureau of Prisons with credit for time served since 8/16/2010. The Court will not impose any additional period of supervised release and upon release from imprisonment this Court will have no further supervision.

  September 29, 2010                    */s/ David D. Dowd, Jr.*
Date                                    David D. Dowd, Jr.
                                           U.S. District Judge